UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL ALFONSO MEDINA,<br><br>　　　　Defendant. | Case No. 3:16-cr-00009-LRH-WGC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE REVOCATION HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for RAFAEL ALFONSO MEDINA and NICHOLAS A. TRUTANICH, United States Attorney, and PENELOPE BRADY, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release hearing set for October 22, 2020, at 1:30 PM, be vacated and continued to November 23, 2020, at 11:00 AM.

///

This Stipulation is entered into for the following reasons:

Mr. Medina is scheduled to appear before this court for a Revocation Hearing on October 22, 2020, at 1:30 PM. Undersigned counsel request that this matter be continued to November 23, 2020, at 11:00 AM, to allow the parties to continue negotiations toward a resolution of this matter.

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2. Mr. Medina is currently on bond.

3. The parties agree to the continuance.

4. This is the first request for a continuance.

DATED this 13th day of October, 2020.

| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
| Federal Public Defender | United States Attorney |

By */s/ Christopher P. Frey*  
   CHRISTOPHER P. FREY  
   Assistant Federal Public Defender  
   Counsel for  
   RAFAEL ALFONSO MEDINA

By */s/ Penelope Brady*  
   PENELOPE BRADY  
   Assistant United States Attorney  
   Counsel for the Government

2

## **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for October 22, 2020, at 1:30 PM, be vacated and continued to November 23, 2020, at 11:00 AM.

DATED this 15th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE