UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAFAEL ALFONSO MEDINA,<br><br>　　　　Defendant. | Case No. 3:16-cr-00009-LRH-WGC<br><br>**ORDER RE:**<br>**STIPULATION TO CONTINUE**<br>**REVOCATION HEARING**<br>**(SECOND REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for RAFAEL ALFONSO MEDINA and NICHOLAS A. TRUTANICH, United States Attorney, and PENELOPE BRADY, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release hearing set for November 10, 2020, at 11:00 AM, be vacated and continued to February 2, 2021, at 1:30 PM.

　　　/ / /

This Stipulation is entered into for the following reasons:

Mr. Medina is scheduled to appear before this court for a Revocation Hearing on November 10, 2020, at 11:00 AM. Undersigned counsel request that this matter be continued to February 2, 2021, at 1:30 PM, to allow the parties to continue negotiations toward a resolution of this matter.

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2. Mr. Medina is currently on bond.

3. The parties agree to the continuance.

4. This is the second request for a continuance.

DATED this 5th day of November, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Christopher P. Frey<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for<br>RAFAEL ALFONSO MEDINA | By /s/ Penelope Brady<br>PENELOPE BRADY<br>Assistant United States Attorney<br>Counsel for the Government |

2

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for November 10, 2020, at 11:00 AM, be vacated and continued to February 2, 2021, at 1:30 PM.

DATED this 5th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE