UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 3:16-cr-00009-LRH-CSD |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO WITHDRAW** |
| RAFAEL ALFONSO MEDINA, JR., | |
| Defendant. | |

RICHARD B. CASPER, Assistant United States Attorney, counsel for the United States, hereby moves to withdraw as Counsel of Record. Assistant United States Attorney Penelope Brady shall remain as counsel for the United States.

DATED this 25th day of March, 2022.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Richard B. Casper*
RICHARD B. CASPER
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
LARRY R. HICKS
**UNITED STATES DISTRICT JUDGE**

**DATED:** March 31, 2022.